UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PUTIAN AUTHENTIC ENTERPRISE MANAGEMENT CO., LTD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 5:22-cv-01901-EJD<br><br>**ORDER STRIKING MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 19 |

On March 28, 2022, Plaintiffs filed a renewed motion for a temporary restraining order and preliminary injunction. Dkt. No. 19. The motion does not comply with the page limits set forth in Civil Local Rule 7-2(b), even after accounting for the fact that the caption page and tables of contents and authorities do not count toward the page limits. *See, e.g.*, *Ramachandran v. City of Los Altos*, No. 18-CV-01223-VKD, 2021 WL 84488, at *5 (N.D. Cal. Jan. 11, 2021) (tables of contents and authorities do not count toward Civil Local Rule 7-4(b)'s page limits); *Chamberlin v. Hartog, Baer & Hand, APC*, No. 19-CV-08243-JCS, 2020 WL 2322884, at *4 n.6 (N.D. Cal. May 11, 2020) ("While the page numbering of Christopher Chamberlin's opposition brief runs to 33, nine of those pages consist of a cover page, table of contents, and table of authorities, which do not count against the twenty-five page limit set by Civil Local Rule 7-4(b)."). Accordingly, the Court STRIKES the motion. Plaintiffs may refile a motion that complies with the Civil Local Rules.

Once Plaintiffs refile a compliant motion, Defendant shall file a response within **7 days**. Plaintiffs may file a reply brief within **3 days** of Defendant's response. The Court may set a

Case No.: 5:22-cv-01901-EJD
ORDER STRIKING MOT. FOR TRO AND SETTING BRIEFING SCHED.
1

1  hearing at a later date as necessary.

2  **IT IS SO ORDERED.**

3  Dated: March 28, 2022

                                                                                    EDWARD J. DAVILA
                                                                                    United States District Judge